808

General is invited to file a brief as *amicus curiae*. MR. JUSTICE BURTON took no part in the consideration or decision of this question. *Robert G. Day* for appellant. *C. William O'Neill*, Attorney General of Ohio, and *Joseph S. Gill*, First Assistant Attorney General, for appellee.

No. 10. UNITED STATES *v.* OLYMPIC RADIO & TELEVISION, INC. Court of Claims. Certiorari granted. *Solicitor General Sobeloff, Robert L. Stern,* then Acting Solicitor General, and *Oscar H. Davis* for the United States. *Eugene Meacham and Fred R. Tansill* for respondent.

No. 32. CALIFORNIA EX REL. BROWN, ATTORNEY GENERAL, ET AL. *v.* ST. LOUIS UNION TRUST Co. St. Louis Court of Appeals of Missouri. Certiorari granted. *Edmund G. Brown,* Attorney General of California, and *Elizabeth Miller,* Deputy Attorney General, for petitioners. *Chas. D. Long* and *Milton Yawitz* for respondent.

No. 55. INDIANA DEPARTMENT OF STATE REVENUE, GROSS INCOME TAX DIVISION, *v.* NEBEKER. Supreme Court of Indiana. Certiorari granted. *Edwin K. Steers,* Attorney General, and *Carl M. Franceschini, Cornelius G. Jamison* and *Lloyd C. Hutchinson,* Deputy Attorneys General, for petitioner. Respondent *pro se.*

No. 97. WEBER ET AL. *v.* ANHEUSER-BUSCH, INC. Supreme Court of Missouri. Certiorari granted. *Plato E. Papps* and *Robert A. Roessel* for petitioners. *Mark*